and *A. N. Whitlock* for petitioners. *Messrs. Marcus L. Bell, W. F. Peter, J. G. Gamble,* and *A. B. Howland* for respondents.

No. 534. PITNEY ET AL., TRUSTEES, *v.* NEW JERSEY; and

No. 535. PITNEY ET AL., TRUSTEES, *v.* NEW JERSEY ET AL. January 10, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. John W. Davis, Montgomery B. Angell,* and *Marvin Lyons* for petitioners. *Messrs. Joseph Lanigan, Charles A. Rooney,* and *Charles Hershenstein* for respondents. Reported below: 136 F. 2d 633.

No. 69. GIBSON *v.* COMMISSIONER OF INTERNAL REVENUE. August 30, 1943. Dismissed pursuant to Rule 35. *Mr. Daniel Gordon James Judge* for petitioner.

No. 239. MROZ *v.* UNITED STATES. September 30, 1943. Dismissed pursuant to Rule 35. *Mr. Perry J. Stearns* for petitioner.

No. 150. PETERSIME INCUBATOR CO. *v.* BUNDY INCUBATOR CO. October 4, 1943.